**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02230-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

**MAURICE WILSON**,

    Applicant,

v.

**THERESA COZZA-RHODES**,

    Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

    Plaintiff, a prisoner incarcerated at the Florence High United States Penitentiary, has submitted to the court a Prisoner Complaint (ECF No. 1).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    ___   is not submitted
(2)    XX   is missing affidavit
(3)    XX   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    ___   is missing certificate showing current balance in prison account
(5)    XX   is missing required financial information
(6)    ___   is missing authorization to calculate and disburse filing fee payments on proper form
(7)    ___   is missing an original signature by the prisoner
(8)    ___   is not on proper form (must use the court's current form)

(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10)  xx  other: Applicant may pay the filing fee of $5.00 in full in advance instead of submitting a properly supported 1915 motion and affidavit.

**Complaint, Petition or Application**:
(11)  ___  is not submitted
(12)  ___  is not on proper form (must use the court's current prisoner form)
(13)  ___  is missing an original signature by the prisoner
(14)  ___  is missing page nos. ___
(15)  ___  uses et al. instead of listing all parties in caption
(16)  ___  names in caption do not match names in text
(17)  ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  ___  other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

**FURTHER ORDERED** that Plaintiff shall obtain the court-approved forms for filing a Prisoners Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

**FURTHER ORDERED** that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 15, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge